

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| CUN KUI WEI<br>A 71 500 117 | CIVIL ACTION NO.06-0049-M |
| VS. | SECTION P |
| ALBERTO GONZALES, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

### JUDGMENT OF DISMISSAL

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant civil action, docketed at 3:06-cv-0049, be **DISMISSED** and **CLOSED** as it is duplicative of civil action 3:05-cv-2203.

**THUS DONE AND SIGNED**, in chambers, at Monroe, Louisiana, this 5 day of May, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE